

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 23, 2012

<u>By ECF & Hand Delivery</u>

Felix Gilroy, Esq.
60 Bay Street
Staten Island, NY 10301

  Re:  United States v. Barisciano, <u>et</u>. <u>al</u>
     <u>Criminal Docket No. 11-413 (SLT)</u>

Dear Mr. Gilroy:

  Enclosed please find documents relating to your client Joseph Fumando containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The materials include arrest related documents bearing bates numbers JF-00000007 - 00000023 and phone records bearing bates numbers PR-00000001 - 00000093.

  If you have any questions or further requests, please do not hesitate to contact us.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

      By:   /s/
          Marisa Megur Seifan/Lan Nguyen
          Assistant U.S. Attorneys
          (718) 254-6008/6162

Enclosures

CC: Clerk of Court (SLT)(w/o enclosures)